Olive C. Colclough, Appellant, v. Charles A. Colclough, Appellee.

An Appeal from the Circuit Court for Alachua County; A. V. Long, Judge.

Appeal dismissed on motion of counsel for Appellee.

*Zach H. Douglas* and *J. A. Williams,* for Appellant.

*Hampton & Hampton,* for Appellee.

---

Olive C. Colclough, Appellant, v. Charles A. Colclough, Appellee.

An Appeal from the Circuit Court for Alachua County; A. V. Long, Judge.

Appeal dismissed on motion of counsel for Appellee.

*Edgar W. Waybright, Zach H. Douglas* and *J. A. Williams,* for Appellant;

*Hampton & Hampton,* for Appellee.